### STEVENS v. WHITE, 5 Hill, 548.

This was a case depending on the construction of the same statute, in which the plaintiff called the endorser, judgment by default having been entered against him to R. that he was plaintiff in interest, and took the usury, and the same judgment of reversal was pronounced.

12 to 6, for reversal.